# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700369

_____

## UNITED STATES OF AMERICA
Appellee

v.

## MOCTEZUMA SOSA
Sergeant (E-5), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Forrest W. Hoover, USMC.
Convening Authority: Commanding Officer, 10th Marine Regiment, 2d
Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Keith A.
Parrella, USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 23 March 2018

_____

Before MARKS, JONES, and ELLINGTON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court